# Gregory F. Van Tatenhove
United States District Judge

_____

## Professional Experience

### United States District Judge
Eastern District of Kentucky
January 2006 – Present

- Chair, Judicial Conference Committee on Court Administration and Case Management
- Past Chair, Sixth Circuit Criminal Pattern Jury Instruction Committee
- Member, Ad Hoc Strategic Planning Group
- Past Member, OSCAR Working Group

### United States Attorney
Eastern District of Kentucky
September 2001 – January 2006

- Chief law enforcement officer for the Eastern District of Kentucky
- Supervised approximately 100 employees with $8-10 million annual budget
- Member, Attorney General's Advisory Committee
- Chair, Budget Subcommittee
- Chair, Appalachian High Intensity Drug Task Force

### Chief of Staff
U.S. Representative Ron Lewis (KY); Washington, D.C.
July 1994 – August 2001

- Chief political, legal and legislative advisor to Congressman
- Administrator of Washington and district offices with a $1 million annual budget

### Trial Attorney, Civil Division
United States Department of Justice; Washington, D.C.
December 1990 – July 1994

- One of eleven hired nationally as part of the United States Attorney General's Honors Program to serve in the Federal Programs Branch
- The Branch litigates on behalf of approximately 100 federal agencies, the President and Cabinet Officers, members of Congress, and other government officials
- Caseload included matters involving constitutional challenges to statutes, suits to overturn government policies and programs, and attacks on the legality of government decisions in Federal Courts throughout the country

### Law Clerk

The Honorable Eugene E. Siler, Jr.,
United States Court of Appeals; Sixth Circuit
August 1989 – August 1990

- Law Clerk to then-Chief Judge, U.S. District Court
- Legal research, drafting and case management for trial court docket and appellate court matters as assigned by designation

### Legislative Assistant

United States Senator Mitch McConnell (KY); Washington, D.C.
May 1985 – August 1986

- Monitored legislation before the Senate Banking, Budget, Finance and Small Business Committees
- Areas of concentration included tax and trade policy

### Legislative Assistant/Press Secretary

United States Congressman Daniel E. Lungren (CA); Washington, D.C.
April 1983 – February 1985

- Monitored legislation related to national defense and budget issues
- Drafted over 100 articles on a variety of economic, domestic, and foreign policy issues
- Prepared speeches, floor statements, and the Congressman's weekly radio address  Wrote weekly column distributed by the Congressman

## Selected Academic Experience

### Pepperdine University

Judge, Vincent S. Dalsmer Law Moot Court Competition
January 31, 2025

### University of Kentucky J. David Rosenberg College of Law

Adjunct Instructor of Law: "Crime and Punishment:  Sentencing Policy and Procedure"
Spring Semester 2017 – Present

### University of South Carolina, National Advocacy Center

Judge and Lecturer, Trial Advocacy Program for Assistant United States Attorneys 2006 – present

### University of Kentucky J. David Rosenberg College of Law

Member, Visiting Committee
2022 – Present

2

**Asbury University**
Member and Vice Chair, Board of Trustees
2004 – 2010

**Asbury University**
Member and President, Alumni Association
1994 – 2001

## Selected Presentations

*Why Ideas Have Consequences*, Central Kentucky Lawyers Chapter and University of Kentucky J. David Rosenberg College of Law Federalist Society Spring Banquet, Lexington, Kentucky, March 30, 2023

*Anti-Money Laundering Initiative*, American Bar Association Rule of Law Initiative, Latin America and Caribbean Division; Republic of Columbia (Remote Presentation), July 2021

*WICRI Kenya and Tanzania Mock Trial Competition*, Lawyers Without Borders; Nairobi, Kenya, April 8-10, 2019

*Child Labor-Support Through Trial Advocacy Training*, Lawyers Without Borders; Kingston, Jamaica, October 24-29, 2018

*International Conference on Trafficking and Smuggling of Migrants*, United Nations Office of Drugs and Crime; Pretoria, South Africa, August 20-24, 2018

*CLIENT: Child Labor Investigation for Enforcement Training*, Lawyers Without Borders; Katmandu, Nepal, July 19-21, 2017

*Anti-Human Trafficking Conference/Training*, United Nations Office of Drugs and Crime, Kasane; Botswana, April 19-27, 2017

*Trafficking in Persons-Support Through Trial Advocacy Training*, Lawyers Without Borders; Dar es Salaam, Tanzania, February 10-17, 2017

*Trafficking in Persons-Support Through Trial Advocacy Training*, Lawyers Without Borders; Monrovia, Liberia, January 9-15, 2016

*Brain Science*, University of Kentucky J. David Rosenberg College of Law Federalist Society, Lexington, Kentucky, August 31, 2010

*Benefits of Anti-Money Laundering Laws: A U.S. Judicial Perspective*, Adjudicating Money Launder and Related Financial Crime Cases Workshop, Judicial Institute of the Hashemite Kingdom of Jordon; Amman, Jordan, June 14-17, 2009

3

## Education

### University of Kentucky J. David Rosenberg College of Law

Juris Doctor, 1986 – 1989

*Honors and Activities:*

- Articles Editor; Kentucky Law Journal; Author, Comment (A Matter of Power: Judicial Review of Congressional Rules of Procedure) 76 Ky.L.J. 597 (Winter 1988) (reprinted 134 Cong. Rec. S12045 (daily ed. September 8, 1988))
- Member, Moot Court Board
- Finalist, Moot Court National Team Competition
- Recipient, First Year Moot Court Program Excellence in Oral Advocacy Award
- Chairman, Student Advisory Committee, Kentucky Bar Association Mentor Program
- Founder, The Federalist Society for Law & Public Policy Studies, University of Kentucky chapter
- Member, Phi Delta Phi

### Asbury University

Bachelor of Arts, History, 1978 – 1982 Minor,
English & Business Management

*Honors and Activities:*

- Dean's List
- Varsity Cross Country
- Non Sequitar Debating Society
- Columnist, Asbury Collegian
- Student Government Association

## Community Involvement and Recognition

*Henry Clay Memorial Foundation Board*
Member, 2017 – present

*Kentucky Bar Association Commission on the Future of Legal Practice*
Past Member

*United States Department of Justice*
Special Achievement Award Recipient

*Asbury University*
"A" Award Recipient (highest alumni recognition given)