Read today's Edition

LEXINGTON
HERALD●LEADER

Page: 1 of 9 - Page ID#:

Log In | **Subscribe**

Case: 5:26-cv-00262-JSS Doc #: 25 Filed: 07/13/26 198

**JULY 4TH SALE**   **99¢ FOR 1 YEAR**   Start reading the stories that matter most in your community.   **SUBSCRIBE NOW**

**REALITY★CHECK**

# Beshear fears 'partisan donors' are influencing UK. Who's he talking about?

By **Austin Horn**

Updated April 24, 2026 8:45 AM   🎁 Gift Article

● Opt-Out Signal Honored



Kentucky Wildcats Athletics Director Mitch Barnhart, center, talks on the field with University of Kentucky donors Joe Craft, right, and his wife, Kelly Craft, left, before a football game against Akron at Kroger Field in Lexington, Ky., Saturday, Sept. 16, 2023. Brian Simms *bsimms@herald-leader.com*

🎧 **Listen to this article**

Gov. Andy Beshear left something unsaid in his criticism of University of Kentucky leadership, casting doubt on the creation of a high-paying position and the naming of incoming UK College of Law Dean Gregory Van Tatenhove, a federal judge.

He said he worried the "actions are related to certain donors pushing partisan and undue outside influence onto the university," but stopped short of naming those donors.

TOP VIDEOS

Opt-Out Signal Honored

00:10                                                                01:59

A spokesperson for Beshear's office didn't clarify who he was referencing.

However, Van Tatenhove's financial disclosures from 2014 to 2019 indicate one clear candidate.

The judge has a documented relationship with the family of Kelly and Joe Craft, a Kentucky philanthropist and coal magnate worth more than $1 billion. Together, they are some of the biggest Republican donors in the country, recently leading a Republican National Committee effort to raise money for President Donald Trump in 2024.

The Crafts appear repeatedly in Van Tatenhove's financial disclosures as having provided gifts to the judge and his family or reimbursing him multiple times. The disclosures are publicly available via the U.S. courts system.

For instance, in 2016, Joe Craft is listed as having reimbursed Van Tatenhove's travel to Charlotte, Chicago, New York City and Florida. Those trips are listed as "personal travel" in the federally-required disclosure forms.

While the Crafts have ties to Van Tatenhove, the gift-giving and reimbursements have slowed in recent years: They haven't showed up on the judge's disclosures since 2018.

Both alumni, the Crafts are UK Athletics' largest donors and rank among the top donors to UK's College of Engineering and in the health care space. Practice facilities

Opt-Out Signal Honored

for both the football and men's basketball teams are named after Joe Craft. He also led donations for the Wildcat Coal Lodge, the dorm that houses members of the men's basketball team.

Kelly Craft was previously a member of the UK Board of Trustees.

In Beshear's statement, the governor scrutinized both Van Tatenhove's new position leading the law school — he claims Van Tatenhove "was the only candidate not recommended by law school faculty" — and "the creation of a new $1 million job that has no defined duties," which appeared to be a reference to UK Athletics Director Mitch Barnhart's new planned job at UK.

Kelly Craft, the former U.S. ambassador to the United Nations, ran as a Republican to unseat Beshear in 2023. She lost in the GOP primary to former Attorney General Daniel Cameron.

In addition to the Crafts, Kiki Courtelis, president of Town and Country Farms in Georgetown and a notable GOP donor in her own right, appears multiple times in Van Tatenhove's financial disclosures as having provided gifts to the judge and his family or reimbursing them several times in financial disclosures from years 2014 to 2019. They were reimbursed for travel and lodging on two separate trips to Africa.

Both the Crafts and Courtelis are on Van Tatenhove's "permanent recusal list." Unlike the Craft family, Courtelis is not as public-facing when it comes to her UK connections, though she's one of 25 directors on the board of the school's Gluck Equine Research Foundation.

The code of conduct for federal judges prohibits judges from hearing cases "in which they have either personal knowledge of the disputed facts, a personal bias concerning a party to the case, earlier involvement in the case as a lawyer, or a financial interest in any party or subject matter of the case."

Under that rule, federal judges have to step back from cases involving someone on their recusal list.

Spokespeople for both the Crafts and Courtelis have not responded to requests for comment on Beshear's statement or the disclosures.

Opt-Out Signal Honored

Van Tatenhove's office declined comment earlier Tuesday.

Though not as prolific a donor as the Crafts, Courtelis has been a key donor for Cameron, both in his unsuccessful bid to unseat Gov. Andy Beshear in 2023 and this year's run to replace Sen. Mitch McConnell. Cameron was previously a clerk under Van Tatenhove.

Van Tatenhove is a former legislative aide for McConnell, who nominated him to fill the seat on the U.S. District Court in Kentucky in 2005. His wife, Christy Trout Van Tatenhove, works for the Kentucky House GOP caucus.



Kentucky Gov. Andy Beshear delivering his State of the Commonwealth and budget address at the Thomas D. Clark Center for Kentucky History on Jan. 7, 2026, in Frankfort, Ky. Tasha Poullard *tpoullard@herald-leader.com*

UK strongly disagreed with Beshear's remarks.

"In Judge Van Tatenhove we have someone who will be an outstanding Dean for the Rosenberg College of Law," UK spokesperson Jay Blanton said. "With more than two decades of experience and an exemplary record on the federal courts, as well as years as a U.S. Attorney and in public service, he is the right leader, with the right skills and the right background and expertise at a critical moment for the College."

Opt-Out Signal Honored

# Republicans push back on Beshear's criticism

Beshear's comments were quickly denounced by Kentucky's Republican Secretary of State Michael Adams.

"Vandy/UVA grad's hatchet job on a respected judge who happens to be a Republican," Adams said in a post to X. "Of course the Governor thinks left-leaning faculty should make all the decisions. I am losing confidence and growing increasingly concerned with the management and decision-making of Andy Beshear."

The Kentucky GOP also took aim at Beshear, and suggested he had sought someone else to be dean of the law school.

"It's ironic to see @GovAndyBeshear finally admitting there's a problem at the University of Kentucky," the Kentucky GOP said in a post to X. "Republicans have tried for years to rein in poor decision making, a scandal-laden administration, and the waste of taxpayer dollars on frivolous contracts and DEI initiatives, with no help from @AndyBeshearKY."



**X trackers and content blocked**

Your Firefox settings blocked this content from tracking you across sites or being used for ads.

**Allow on www.kentucky.com**

**Content from blocked embed**

It's ironic to see @GovAndyBeshear finally admitting there's a problem at the University of Kentucky. Republicans have tried for years to rein in poor decision making, a scandal-laden administration, and the waste of taxpayer dollars on frivolous contracts and DEI initiatives,… https://t.co/fk3mfmOmH5— Republican Party of Kentucky (@KYGOP) April 21, 2026

# Gifts and reimbursements from donors

⬤ Opt-Out Signal Honored  are payments by outside groups to cover judges' travel and travel-

related expenses. They're required to be disclosed when they exceed $480, but unlike gifts, a dollar amount does not have to be reported.

Van Tatenhove reported relatively few gifts or reimbursements in recent years, according to disclosure records. He received sports tickets from Courtelis worth more than $6,000 across 2022 and 2023. He reported no gifts or reimbursements in 2021.

In 2019, Courtelis reimbursed transportation and lodging to both Saratoga, New York, in September and Skukuza, South Africa — a premier game viewing and safari destination — in October. Courtelis also provided "sporting event tickets" worth $2,920 that year.

Both Courtelis and the Crafts provided gifts and travel money to Van Tatenhove in 2018, according to disclosure records. That included travel to Montreal and sports tickets worth $3,100 from Joe Craft. The Crafts also provided a birthday gift worth $800.

Courtelis provided sports tickets wirth $2,920 that year, and reimbursed travel and lodging for trips to Nashville, Tennessee, Jackson, Wyoming, Botswana and Zambia, as well as travel to Foxborough, Massachussetts, the disclosure records show.

In 2017, Joe Craft provided reimbursement for transportation to Washington, D.C. three times, as well as Memphis, Tennessee; New York City and Ottawa, Canada, that nation's capital city; at the time, Kelly Craft was U.S. ambassador to Canada. He also gifted "seven athletic tickets" at a value of $2,450.

In 2016, Joe Craft reimbursed expenses for multiple trips within the U.S. to Chicago, New York City, and Charlotte, North Carolina, as well as Jacksonville and Naples, Florida, the disclosure records show. He also gifted transportation costs to Tulsa, Oklahoma, where the Craft family had a residence, totaling $2,025, as well as event tickets worth $1,075.

In 2015, Joe Craft reimbursed travel to Florida and New York as well as travel and lodging in Tennessee, disclosure documents say. He also gifted a sports ticket in New York worth $450.

Opt-Out Signal Honored

Town and Country Farm, Courtelis' operation, gifted $3,550 for two sporting event tickets in Kentucky in 2015, according to the disclosure documents.

In 2014, the only reported reimbursement was from Courtelis for "air transportation" from Georgetown to Hilton Head, South Carolina, Van Tatenhove's disclosure documents say.

This story was originally published April 21, 2026 at 7:53 PM.

## Want to see more content like this?

## Follow More of Our Reporting on Reality Check

**EDUCATION**

### Here's how much Fayette County Public Schools has spent on audits, investigations

July 7, 2026 5:00 AM

**UK WOMEN'S BASKETBALL**

### Momcilovic, Paurova and Sivka: A Slavic-name pronunciation guide for Kentucky fans

June 12, 2026 6:00 AM

**SEE ALL STORIES**

 **Austin Horn**   *Lexington Herald-Leader*       📞 859-753-4064

Austin Horn covers education for the Miami Herald. He joined the newsroom in 2026 after covering politics in his home state of Kentucky for several years.

Opt-Out Signal Honored

**McClatchy Media**

Part of the McClatchy Media Network

## ABOUT

About Us

Site Map

Contact Us

Archives

Connect with us:

## SUBSCRIPTIONS

Customer Service

Start a Subscription

Cancel a Subscription

Make a Payment

## ADVERTISING

McClatchy Advertising

Place an Ad

Place a Classified Ad

Place an Ad - Celebrations

Place an Obituary

Staffing Solutions

Political | Advocacy Advertising

## EXPLORE

Read Today's Edition

Mobile Apps

Newsletters

Puzzles & Games

Horoscopes

COPYRIGHT

COMMENTING POLICY

PRIVACY POLICY

COOKIE PREFERENCES

YOUR PRIVACY CHOICES

TERMS OF SERVICE

Opt-Out Signal Honored