

## Résumé

Gregory Frederick Van Tatenhove



| | | |
|---|---|---|
| **Birth:** | 1960 | Los Angeles, California |
| **Legal Residence:** | | Kentucky |
| **Education:** | 1978 - 1982 | Asbury College<br>B.A. degree |
| | 1986 - 1989 | University of Kentucky<br>College of Law<br>J.D. degree |
| **Bar Admittance:** | 1990 | Kentucky |
| **Experience:** | 1989 - 1990 | United States District Court<br>Eastern District of Kentucky<br>Law Clerk to the Honorable<br>Eugene E. Siler, Jr. |
| | 1990 - 1994 | United States Department of Justice<br>Trial Attorney |
| | 1994 - 2001 | United States House of Representatives<br>Office of Congressman Ron Lewis<br>Chief of Staff & Legal Counsel |
| | 2001 - present | United States Attorney's Office<br>Eastern District of Kentucky<br>United States Attorney |

**Contact Us** | **Accessibility** | **Archive** | **Privacy Policy** | **Legal Policies and Disclaimers**
**FOIA** | **For DOJ Employees** | **Office of the Inspector General** | **USA.gov** | **No FEAR Act**