**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

Ramsi A. Woodcock,

*Plaintiff*,

Case No. 5:26-cv-00262-REW-MAS

v.

<u>**ORAL HEARING REQUESTED**</u>

Gregory Van Tatenhove et al.,

*Defendants*.

**WOODCOCK'S AMENDED MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, EXPEDITED DISCOVERY, DISCOVERY STAY, EMERGENCY STATUS CONFERENCE, AND DOCUMENT PRESERVATION**

Pursuant to Federal Rule of Civil Procedure 65, Woodcock respectfully moves the Court for an amended order: (1) granting a temporary restraining order; (2) entering a preliminary injunction; (3) granting expedited discovery; (4) staying all other proceedings pending resolution of the temporary restraining order and preliminary injunction requests; (5) scheduling an emergency status conference to establish an expedited discovery schedule; and (6) requiring the parties to preserve documents.

This motion amends Woodcock's Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery, Dkt. 2, solely to incorporate requests for (1) a stay pending resolution of the motion for a temporary restraining order and preliminary injunction, (2) an emergency status conference to ensure an orderly expedited discovery process, and (3) document preservation.

In support of this amended motion, Woodcock incorporates by reference all facts, legal arguments, and exhibits submitted in his Verified Complaint, Dkt. 1, and Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery, Dkt. 2. The stay and status

1

conference will enable the parties to focus their efforts on any discovery necessary to resolve the pending preliminary injunction motion.

## CONCLUSION

WHEREFORE, Woodcock requests that this Court grant his amended motion for a temporary restraining order, preliminary injunction, expedited discovery, stay, status conference, and document preservation.

Respectfully submitted,

*/s/ Rima N. Kapitan* (to be admitted *pro hac vice*)

/s/ Joe F. Childers

**Joe F. Childers & Associates**
Joe F. Childers
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
(859) 253-9824
joe@jchilderslaw.com

**Kapitan Gomaa Law, P.C.**
Rima Kapitan (IL Atty No. 6286541)
P.O. Box 46503
Chicago, IL 60646
(312) 566-9590
rima@kapitangomaa.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2026, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Joe F. Childers
COUNSEL FOR PLAINTIFF

2