**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

Ramsi A. Woodcock,

*Plaintiff*,

v.                                                            Case No. 5:26-cv-00262-BJB

Gregory Van Tatenhove et al.,

*Defendants*.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF**
**REGARDING PRELIMINARY INJUNCTION SCHEDULING**
**AND EXPEDITED DISCOVERY**

Plaintiff, by counsel, respectfully moves this Court pursuant to E.D. Ky. R. 7.1 for leave to file the attached Supplemental Brief Regarding Preliminary Injunction Scheduling and Expedited Discovery in support of his pending Amended Motion, Dkt. 9. In support of this Motion for Leave, Plaintiff states as follows:

On July 20, 2026, this Court entered an order denying Plaintiff's motion for a temporary restraining order. However, Plaintiff's motions for a preliminary injunction, expedited discovery, stay of all other proceedings, and documents preservation, which were included in Plaintiff's Amended Motion (Dkt. 9) remain open, unbriefed by the Defendants, and actively pending before this Court.

During the oral argument on the temporary restraining order, the Court raised specific inquiries regard the law of expressive association and expressed skepticism regarding whether other members of the law faculty share the same expressive message as Plaintiff and whether there is need for a hearing on Plaintiff's motion for a preliminary injunction is necessary before the start of classes at the law school on August 24.

1

The attached Supplemental Brief (tendered herewith as Exhibit A) directly addresses the Court's concerns. It clarifies the controlling First Amendment framework and demonstrates why a preliminary injunction hearing to be held on or before August 24, as well as expedited discovery, are necessary to answer the factual questions posed by the Court.

Defendants will suffer no prejudice if this leave is granted. Defendants have not yet filed a responsive pleading or an opposition to the preliminary injunction motion. If leave is granted, Defendants can address both filings concurrently in their forthcoming opposition brief.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Leave and order the Clerk to file the attached Supplemental Brief.

Respectfully submitted,

*/s/ Soha Saiyed*

*/s/ Joe F. Childers*

**Soha Saiyed**
Saiyed Law
101 North Seventh Street, Suite 807
Louisville, Kentucky 40202
(502) 557-4010
sts@slawky.com

**Joe F. Childers & Associates**
Joe F. Childers
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
(859) 253-9824
joe@jchilderslaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2026, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

*/s/ Soha Saiyed*

Counsel for Plaintiff